# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Hilda Lopez, individually, as Special Administrator of the Estate of Ricardo Hernandez-Hidalgo, and as parent and natural guardian of minor child A.L.L., a minor child,

    Plaintiff

v.

Granite Construction Company, a foreign corporation; Roadsafe Traffic Systems, Inc., a foreign corporation; Statewide Traffic Safety & Signs, Inc., a foreign corporation; Juan Francisco Gomez Ramos, an individual; Does and Roes,

    Defendants

Case No.: 2:24-cv-02188-JAD-BNW

**Remand Order**

[ECF No. 9]

Hilda Lopez filed this wrongful-death action based entirely on state-law claims in Nevada state court. The defendants removed this case to federal court under 28 U.S.C. §§ 1332 and 1441(a) based on diversity jurisdiction.[1] Arguing primarily that the defendants' removal was improper due to the existence of a forum defendant, plaintiff moves to remand.[2] For the reasons stated on the record during today's hearing on that motion to remand, IT IS HEREBY ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 9] is GRANTED**; and
- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 13, Case No. A-24-900130-C,** and CLOSE THIS CASE.

---

[1] ECF No. 1.
[2] ECF No. 9.

- **The Clerk of Court is directed to PRINT a copy of the docket sheet for this case and ATTACH it to the copy of this remand order mailed to the state court.**

Dated: January 7, 2025

_____
U.S. District Judge Jennifer A. Dorsey